**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1522838 ONTARIO INC., a corporation, d/b/a ) <br> International Industrial Trade Directory, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 06 C 5378 <br><br> Hon. Robert W. Gettleman <br><br> Magistrate Judge Nan R. Nolan |

**FTC'S MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION AND FINAL JUDGMENT AS TO DEFENDANT EMMA G. WANJIKU**

Plaintiff, the Federal Trade Commission, respectfully requests that the Court approve and enter the attached Stipulated Order for Permanent Injunction and Final Judgment As to Defendant Emma Wanjiku.

In support of this motion, the FTC states as follows:

1. The FTC and individual defendant Emma Wanjiku have negotiated and agreed to the attached Stipulated Order.[1] The Court's entry of this order would resolve the FTC's claims against this defendant, constituting a final judgment against her.

2. After entry of this settlement, only one defendant remains in this case. The FTC anticipates moving for summary judgment against that defendant, Michael Petreikis.

WHEREFORE, the FTC requests that the Court approve and enter the attached

---

[1] Ms. Wanjiku is a pro se defendant. The agreement includes a signature block for Eugene Murphy, of Murphy & Hourihane, LLC, who still represented Ms. Wanjiku when the agreement was negotiated, but had withdrawn by the time she agreed to the order. Since Mr. Murphy is no longer counsel for Ms. Wanjiku, we agreed that it would be inappropriate for him to sign the order.

Stipulated Order for Permanent Injunction and Final Judgment As to Defendant Emma Wanjiku.

Dated: April 3, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　WILLIAM BLUMENTHAL
　　　　　　　　　　　　　　　　　　General Counsel

　　　　　　　　　　　　　　　　　　 /s/ David A. O'Toole
　　　　　　　　　　　　　　　　　　DAVID A. O'TOOLE
　　　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　55 West Monroe, Ste. 1825
　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　(312) 960-5634
　　　　　　　　　　　　　　　　　　(312) 960-5600 (fax)